UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| MARIANO LISOJO | CIVIL ACTION NO: |
|---|---|
| VERSUS | SECTION "__", MAGISTRATE __ |
| BOLLINGER MARINE FABRICATORS, L.L.C. AND ABC INSURANCE COMPANY | JUDGE |
| | MAGISTRATE |

## COMPLAINT

Plaintiff, Mariano Lisojo, an individual of the full age of majority and domiciled in Orleans Parish, Louisiana, respectfully represents that:

I.

Defendants herein are:

A. Defendant, Bollinger Marine Fabricators, L.L.C., is a limited liability corporation authorized to and doing business in the State of Louisiana. Defendant, Bollinger Marine Fabricators, L.L.C., has appointed L. Clifton Dickerson as its registered agent for the service of process, whose address is 1402 Mark Drive, Lockport, Louisiana; and

B. Defendant, ABC Insurance Company, is an insurance company authorized to and doing business in the State of Louisiana.

II.

Jurisdiction of this matter is conferred by 28 U.S.C. 1333 (1) and General Maritime law, Rule 9(h) FRCP.

III.

On and prior to July 13, 2011, Defendant, Bollinger Marine Fabricators, L.L.C., owned and operated an oil tanker.  Said oil tanker was docked at Bollinger Marine Fabricators, L.L.C. and in the process of being dismantled.

IV.

On or about July 13, 2011,  Insulation Technologies, Inc., employed petitioner, Mariano Lisojo, as a laborer.

V.

On or about July 13, 2011, Plaintiff was working aboard the oil tanker when he was caused to be severely injured as a result of the negligence of Bollinger Marine Fabricators, L.L.C.

VI.

Plaintiff was asked by Defendant, Bollinger Marine Fabricators, L.L.C., to assist in moving the vessel to another location on the premises.  In the process, he was required to walk down stairs that were without lighting and extremely dark.  As a result, he fell and sustained injuries.

VII.

The above-described accident was caused by the negligence of Defendant, Bollinger Marine Fabricators, L.L.C., its agents, servants, employees or others for whom it is legally responsible in the following though not exclusive respects:

- A. Negligently allowing a seriously dangerous condition to exist on the oil tanker;
- B. Failing to provide adequate lighting on the tanker;
- C. Failing to properly supervise the employees of Insulation Technologies, Inc. as to proper procedures aboard the tanker;
- D. Allowing and promoting dangerous practices to occur upon the oil tanker;
- E. Failing to provide safe ingress and egress on board the oil tanker;
- F. Failing to provide a safe place to work; and
- G. Other acts of negligence to be shown after proper discovery.

VIII.

At all pertinent times herein, it is believed that Defendant, Bollinger Marine Fabricators, L.L.C., was insured pursuant to a policy of insurance issued by ABC Insurance Company, which provided coverage for damages sought herein and which was in full force and effect on or about July 13, 2011.

IX.

Because of the injuries sustained by Plaintiff, Mariano Lisojo, he is totally and permanently disabled, has suffered grievous physical and mental pain and anguish, loss of bodily function, and embarrassment, and is entitled to recover from Defendant,

Bollinger Marine Fabricators, L.L.C., the sum of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS.

**WHEREFORE,** Plaintiff, Mariano Lisojo, demands a judgment against Defendants, Bollinger Marine Fabricators, L.L.C. and ABC Insurance Company, in the sum of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS, together with legal interest from date of injury, together with all costs and disbursements of this action and for all appropriate and general relief.

Plaintiff further prays for all general, legal, equitable, and maritime relief available to him under the laws of the United States.

                              Respectfully submitted:

                              */s/ C. Arlen Braud, II*

                              C. ARLEN BRAUD, II, #20719
                              MICHELLE O. GALLAGHER, #23886
                              Braud & Gallagher, L.L.C.
                              506 Water Street, Suite A
                              Madisonville, LA 70447
                              Telephone:  (985) 845-0372
                              Facsimile:   (985) 845-9908

**INFORMATION FOR SERVICE:**
**BY WAIVER OF SERVICE IN ACCORDANCE WITH FRCP RULE 4(d)**

Bollinger Marine Fabricators, L.L.C.
through its registered agent,
L. Clifton Dickerson
1402 Mark Drive
Lockport, Louisiana  70374