UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| MARIANO LISOJO | CIVIL ACTION NO:   02:12-cv-0401 |
|---|---|
| VERSUS | SECTION I, MAGISTRATE 4 |
| BOLLINGER MARINE FABRICATORS, L.L.C. AND ABC INSURANCE COMPANY | JUDGE LANCE M. AFRICK |
| | MAGISTRATE KAREN WELLS ROBY |

### NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE

Plaintiff, Mariano Lisojo, respectfully requests that the above-referenced matter be dismissed without prejudice pursuant to Federal Rules of Civil Procedure, Civ. R. 41 (a)(1).

Respectfully submitted,

/s/ C. Arlen Braud
C. ARLEN BRAUD, II, #20719
MICHELLE O. GALLAGHER, #23886
MEGAN E. ALGERO, #32988
Braud & Gallagher, L.L.C.
111 N. Causeway Blvd., Ste. 201
Mandeville, LA 70448
Telephone:  (985) 778-0771
Facsimile:   (985) 778-0781